IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BELLA BLAND,

        Plaintiff,

v.

JEFFREY HEBNER, an individual, and
DG LLC db Dream Girls Espresso, an
Oregon Limited Liability Company,

        Defendants.

No. 3:23-cv-00448-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation on May 6, 2024, in which she recommends that the Court deny Plaintiff's Amended Motion for Default Judgment. F&R, ECF 26. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [29]. Accordingly, Plaintiff's Amended Motion for Default Judgment [26] is DENIED.

IT IS SO ORDERED.

DATED: _____June 20, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER